UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEMARCUS DOSEWELL,<br><br>　　　　Defendant. | Case No. 2:21-cr-00168-JAD-EJY<br><br>**ORDER** |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, December 12, 2022 at 11:00 a.m., be vacated and continued to February 21, 2023, at 10:00 a.m.

　　DATED this 10th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE